# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| BRAD TOOKER and DEBRA HAHN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLUJAY SOLUTIONS, INC., and E2OPEN, LLC,<br><br>Defendants. | Case No. 0:1-22-cv-455<br><br>JOINT NOTICE OF TENATIVE SETTLEMENT |

The parties hereby notify the Court that they have reached a tentative settlement in this Fair Labor Standards Act ("FLSA") case. Accordingly, the parties respectfully request that all pending case deadlines be stayed and the April 29, 2024 settlement conference with Magistrate Judge Green be cancelled as moot. The parties will finalize a settlement agreement and file a motion for approval of FLSA settlement as soon as possible, but at the latest within sixty (60) days of this notice. The parties further respectfully request, to the extent the Court finds one necesssary, that the hearing on settlement approval be held on June 25, 2024, the date previously set for the pre-trial conference.

Dated: April 16, 2024

| | |
|---|---|
| s/*H. Clara Coleman*<br>**NICHOLS KASTER, PLLP**<br>Rachhana T. Srey, MN Bar No. 0340133<br>srey@nka.com<br>H. Clara Coleman, MN Bar No. 0401743 | s/*Edward M. "Ted" Smith*_____<br>**CORNELL SMITH MIERL**<br>**BRUTOCAO BURTON LLP**<br>Edward M. "Ted" Smith<br>tsmith@cornellsmith.com |

| | |
|---|---|
| ccoleman@nka.com<br>4700 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402<br>Tel: (612) 256-3200<br>Fax: (612) 215-6870<br><br>ATTORNEYS FOR PLAINTIFFS | Texas State Bar No. 00791682<br>Desiree Brutocao<br>Texas State Bar No. 24064136<br>dbrutocao@cornellsmith.com<br>Alan Lin<br>Texas State Bar No. 24085435<br>alin@cornellsmith.com<br>1607 West Avenue<br>Austin, Texas 78701<br>Telephone: (512) 328-1540<br>Telecopy: (512) 328-1541<br><br>Michael D. Almassian (P61478)<br>**KELLER & ALMASSIAN, PLC**<br>230 East Fulton Street<br>Grand Rapids, MI 49503<br>(616) 364-2100<br>malmassian@kalawgr.com<br><br><br>ATTORNEYS FOR DEFENDANTS |