# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| BRAD TOOKER and DEBRA HAHN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLUJAY SOLUTIONS, INC., and E2OPEN, LLC,<br><br>Defendants. | Case No. 0:1-22-cv-455<br><br><br><br>**ORDER GRANTING THE PARTIES' JOINT MOTION FOR FLSA SETTLEMENT APPROVAL** |

This matter came before the Court on the Parties' Joint Motion for FLSA Settlement Approval. Having reviewed the Motion and the accompanying papers submitted herein, the Court hereby **ORDERS** as follows:

1. The Motion is **GRANTED** in its entirety and the Parties' settlement of the twenty-one Plaintiffs' claims is **APPROVED** as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act, 29 U.S.C. 201§ *et seq*.

2. The request for the provision of service awards of $7,500.00 to be paid to the Named Plaintiffs, Bradley Tooker and Debra Hahn, is hereby **APPROVED** as reasonable given the services provided and risks incurred.

3. The Parties separately negotiated and agreed upon amount of $425,000.00 for Plaintiffs' attorneys' fees and costs is **APPROVED** as reasonable in light of the services provided and hours expended during the course of this litigation.

4.        The Court **ORDERS** compliance with the Settlement Agreement in all respects and reserves jurisdiction over all matters arising out of the settlement or the administration of the settlement.

5.        The claims of each of the twenty-one plaintiffs in this action are **DISMISSED** with prejudice, and judgment entered consistent with the terms of the Settlement Agreement.

SIGNED this <u>24th</u> day of <u> June </u>, 2024.

                                          /s/ Robert J. Jonker
                                      ROBERT J. JONKER
                                      UNITED STATES DISTRICT COURT JUDGE